**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BMO BANK N.A., a national banking association, as Administrative Agent,<br><br>               Plaintiff,<br>   v.<br><br>SAILORMEN, INC., a Florida corporation,<br><br>               Defendant. | No. 1:25-cv-10146 |

**PLAINTIFF'S NOTICE OF EXPEDITED MOTION FOR ENTRY OF AN
ORDER (I) APPOINTING RECEIVER OVER DEFENDANT AND ITS ASSETS;
(II) ISSUING STAY; AND (III) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that, upon the accompanying *Memorandum of Law in Support of Plaintiff's Expedited Motion for Entry of an Order (i) Appointing Receiver Over Defendant and Its Assets; (ii) Issuing Stay; and (iii) Granting Related Relief*, the *Declaration of Lauren Buysse*, and the *Declaration of Heidi Piché* (with an exhibit thereto), and all the pleadings, papers, and proceedings had herein, plaintiff BMO Bank N.A., as administrative agent ("Agent") to the Lenders from time to time party to that certain Sixth Amended and Restated Credit Agreement, dated as of September 3, 2020 (as amended, modified, supplemented, and restated from time to time, the "Credit Agreement"), hereby respectfully moves this Court for an Order:

(i) appointing Daniel F. Dooley, of MorrisAnderson & Associates, Ltd., as the Receiver of defendant Sailormen, Inc. ("Sailormen"), and its assets and properties in Sailormen's possession, custody, or control (collectively, the "Receivership Property"), and conferring powers on the Receiver to the fullest extent permissible under 28 U.S.C. § 754, Federal Rule of Civil Procedure 66, and the Court's equitable powers;

(ii) issuing a stay enjoining Defendant and all other persons and entities (other than Agent and the Lenders) from taking any action or omission to establish or enforce any claim, right, or interest for, against, on behalf of, in or the name of, Defendant, any of their subsidiaries, affiliates, partnerships, assets, documents, any Receivership Property, or the Receiver or the Receiver's duly authorized agents acting in their capacities as such; and

(iii) granting related relief.

PLEASE TAKE FURTHER NOTICE that opposition to the motion, if any, shall be electronically filed on or before December 22, 2025, unless the Court directs otherwise.

Dated: December 8, 2025                Respectfully submitted,

By: */s/ Gabriel Hertzberg*

Gabriel Hertzberg
Nathaniel Ament-Stone
**KATTEN MUCHIN ROSENMAN LLP**
50 Rockefeller Plaza
New York, NY 10020-1605
Telephone: (212) 940-8800
gabe.hertzberg@katten.com
nathaniel.ament-stone@katten.com

- and -

Peter P. Knight (IL 6270084)
    (*pro hac vice* forthcoming)
Terence G. Banich (IL 6269359)
    (*pro hac vice* forthcoming)
Paul T. Musser (IL 6304946)
    (*pro hac vice* motion to be filed)
Alexander L. Norman (IL 6349760)
    (*pro hac vice* motion to be filed)
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe St.
Chicago, IL 60661-3693
Telephone: (312) 902-5200
Fax: (312) 902-1061
peter.knight@katten.com
terence.banich@katten.com
paul.musser@katten.com
alex.norman@katten.com

*Counsel for Plaintiff BMO Bank N.A., as Agent*