**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Tracy L. Klestadt
tklestadt@klestadt.com
John E. Jureller, Jr.
jjureller@klestadt.com

*Attorneys for Defendant Sailormen, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMO BANK N.A., a national banking association, as Administrative Agent,<br><br>       Plaintiff,<br><br>v.<br><br>SAILORMEN, INC.,<br><br>       Defendant. | **Case No. 25-CV-10146-AS** |

**NOTICE OF APPEARANCE**
**AND DEMAND FOR SERVICE OF PAPERS**

  **PLEASE TAKE NOTICE** that Klestadt Winters Jureller Southard & Stevens, LLP hereby appears in the above-captioned case as attorneys for Defendant Sailormen, Inc.

  **PLEASE TAKE FURTHER NOTICE** that demand is made that all notices given or required to be given, and all papers served or required to be served, be given and served upon the following:

KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP
200 West 41st Street, 17th Floor
New York, New York 10036-7023
Attention: Tracy L. Klestadt
           John E. Jureller, Jr
Tel: (212) 972-3000
Fax: (212) 972-2245
Email:    tklestadt@klestadt.com
           jjureller@klestadt.com


**PLEASE TAKE FURTHER NOTICE** that the foregoing demand all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, facsimile, electronic mail or otherwise, which affect to seek to affect in any way any rights or interests of Sailormen, Inc.

Dated: New York, New York
       December 16, 2025

           **KLESTADT WINTERS JURELLER**
           **SOUTHARD & STEVENS, LLP**


By:  */s/ Tracy L. Klestadt*
      Tracy L. Klestadt
      John E. Jureller, Jr.
      200 West 41st Street, 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: tklestadt@klestadt.com
             jjureller@klestadt.com

      *Attorneys for Defendant Sailormen, Inc.*