# katten

**525 W. Monroe Street**
**Chicago, IL  60661-3693**
+1.312.902.5200 tel
katten.com

**TERENCE G. BANICH**
terence.banich@katten.com
+1.312.902.5665 direct

December 16, 2025

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re:   *BMO Bank, N.A. v. Sailormen, Inc.*, No. 1:25-cv-10146
      **Unopposed Letter-Motion for Extension of Briefing Deadlines and Proposed Hearing Dates**

Dear Judge Subramanian:

As lead trial counsel for plaintiff BMO Bank, N.A. in its capacity as administrative agent ("Agent"), I write jointly with defendant Sailormen, Inc. ("Borrower"), to respectfully request that the Court modify the briefing schedule set forth in its Order dated December 9, 2025 (ECF No. 14) regarding Agent's expedited motion for the appointment of a receiver (ECF Nos. 5-10) (the "Motion").

The parties, having met and conferred, respectfully request that Borrower's opposition to the Motion be due on or before January 7, 2026 (adjourned from December 18, 2025) and that Agent's reply be due on or before January 13, 2026 (adjourned from December 22, 2025). The parties likewise respectfully request a hearing and/or oral argument on the Motion on January 15, 2026, or at the earliest available date thereafter. Agent further notes that obtaining Borrower's consent to the timing of the hearing on the Motion was an important consideration in giving Agent's consent to Borrower's request for additional time in the briefing schedule.

There has been no previous request for an extension, and there are no scheduled appearances before the Court. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Borrower's deadline to answer or move with respect to the complaint is December 31, 2025.  *See* ECF No. 17.

Respectfully submitted,

*/s/ Terence G. Banich*

Terence G. Banich (PHV motion pending)