

# Ralph N. Strayhorn
**Chief Executive Officer, Board Member, Corporate Governance Expert & Regulatory Crisis Advisor**

Ralph N. Strayhorn has served on seven financial institution boards of directors since 2004.  Strayhorn is a founder, Chairman and CEO of New Republic Partners, a bank holding company and New Republic Bank. He co-founded New Republic Capital, a scaled SEC-registered RIA with AUM of $2.5 billion.

He has served since 2009 as Managing Partner of Cape Point Advisory Partners, LLC, a corporate governance, regulatory and crisis management advisory firm which has been engaged by numerous companies under regulatory, management and financial duress. Strayhorn also serves as a senior advisor and board member to several non-bank enterprises in various industries.

Selected Highlights:
- Smith Anderson, Raleigh, NC - Of Counsel - (February 2025–present) a full-service business and litigation law firm serving regional, national, and international companies. www.smithlaw.com
- New Republic Partners, Inc. & New Republic Bank
    - Co-Founder, Chair & CEO (April 2020-February 2025) www.newrepublicbank.com
    - Executive Chair (February 2025 – December 6, 2025)
    - Co-founder, member of Board of Managers, NPR LLC (New Republic Capital) a $2.5 Billion AUM RIA (2022 – 2024)
    - Merger of NRPI into American Bancorp, Inc. ("ABC")  completed on November 7, 2025.
        - Will serve as a director of ABC and Executive Vice-Chair of New Republic Bank
- Cape Point Advisory Partners, LLC
    - Sailormen, Inc., Miami, FL. 140-unit Popeyes Chicken franchisee. Appointed Independent Director (May 2025-present)
    - Mint Financial Holdings, LLC, Managing Member, a financial services acquisition company (January 2019 – November 2020)
    - Premier Kings, Inc., its subsidiaries and affiliates (May 2023-April 2024) Appointed to Board of Managers to supervise the companies' (170 Burger King stores) restructure and sales process
    - Mairec Precious Metals U.S., Inc, Board of Directors (March-May 2019)
    - Carolina Trust Bank & Carolina Trust Bancshares, Board of Directors (2017-2020) (sold to Carolina Financial Corporation 1/1/2020)
    - Pharos Hospitality, LLC, Senior Advisor, an institutional-grade hotelier that acquires, develops, owns, operates and monetizes upper-upscale and select upscale hotels
    - Cleaning Solutions, LLC, Board of Managers, a Phoenix-based regional cleaning company, upon the recommendation of a nationally recognized leader in the corporate/crisis management industry, during its transition to new ownership in July 2016
    - Engaged by a $2 billion+ financial institution to conduct its strategic retreat and manage the internal nomination of go-forward directors post-merger
    - Advised $900 million mutual institution on successful $65 million capital raise, conversion to stock entity and exit from adverse regulatory supervision
    - Advised a $700 million privately held bank under a Consent Order which successfully liquidated and returned its charter to the chartering authority

2201 Rhododendron Ct., Charlotte, NC  28205     rnstrayhorn@capepointpartners.com
336.202.0678

- Advised and assisted a $1.7 billion bank under a Consent Order with the restructure of its credit and special assets departments which was instrumental in its successful $315 million recapitalization
- Advised and implemented successful strategies for a $500 million bank under a Consent Order which resulted in the resignation of two dissident directors, allowing the management and board to proceed with its recapitalization/sale on a unified basis
- Advised a $500 million bank under both a Consent Order and a PCA Order which, after two unsuccessful appeals to the Federal Reserve Bank appeals panel and district President, succeeded with its appeal to a Federal Reserve Governor who reversed a capital disallowance examination determination

Mr. Strayhorn has extensive financial institutional C-Suite, P&L, credit, M&A and regulatory operating credentials, including cordial working relationships with senior state and federal supervisory personnel. Highlights:

- First Avenue National Bank, Ocala, FL-named President & CEO in June 2015. Successfully orchestrated an M&A process resulting in 3 bids and a signed Definitive Agreement on 11/20/15; transaction closed 4/8/16
- Cape Fear Bank Corporation (CEO, 2008-2009)-hired to salvage from receivership on a best-efforts basis, implemented 40% expense reduction plan, raised $11.5 million in new capital
- BNC Bancorp, High Point, NC (Chief Administrative Officer & Board member 2006-2008)
- SterlingSouth Bank & Trust (CEO & Board member, 2004-2006)-executed a private placement, doubled assets and successfully merged with BNC Bancorp, increasing shareholder value 3.5X
- Investors Title Company (SVP, 2000-2004)-managed 40% of company's revenues originated from 28 offices, generating nine successive quarters of record sales and profits
- Park Meridian Bank (EVP, 1994-2000)-established highly profitable mortgage subsidiary, built and managed $50 million bond portfolio, built clean $35 million loan portfolio
- First Citizens Bank (SVP, 1988-1994)-successfully built Charlotte corporate banking group
- NCNB Corporation (VP, 1981-1988)-International and Private Banking divisions

He attended the University of North Carolina on a football grant-in-aid and graduated in 1977 with a Bachelor of Arts, majoring in U.S. History. He received his JD degree from UNC-Chapel Hill in 1981 and is licensed to practice law in North Carolina.

Mr. Strayhorn has served on numerous charitable and educational boards and advisory committees, including:

- The Golden L.E.A.F. Foundation, Inc. www.goldenleaf.org
  - 2013-2017 (Chairman of the Investment Committee-$1 billion AUM)
  - Re-appointed by the N.C. Speaker of the House, March 2020
  - Re-appointed Chair of the Investment Committee April 2021 ($1.1 billion AUM)
  - Re-appointed by the N.C. Speaker of the House – December 2021 for a four-year term
  - Elected Chair of the Foundation December 2023 - 2025
  - Re-appointed by the N.C. Speaker of the House – December 2025 for a four-year term er
- NC FreeEnterprise Foundation – Board of Directors (2023-present)
  - NC Free is North Carolina's premier research organization providing non-partisan analysis of the political landscape and its impact on NC's business environment
- UNC Board of Visitors
- UNC Center of Banking and Finance

He has been married for 46 years and has two grown children and two grandsons.

2201 Rhododendron Ct., Charlotte, NC  28205                                       rnstrayhorn@capepointpartners.com
336.202.0678