# WRITTEN CONSENT
# OF
# THE BOARD OF DIRECTORS OF INTERFOODS OF AMERICA, INC.

## Effective as of August 26, 2025

Consistent with the governing documents of Interfoods of America, Inc., a Nevada corporation ("**Interfoods**"), the undersigned, constituting all of the members of the Board of Directors of Interfoods (the "**Interfoods Board**"), hereby consent to the adoption of the following resolutions and to the taking of the actions contemplated thereby, in each case, with the same force and effect as if presented to, and adopted at, a meeting of the Interfoods Board.

**WHEREAS**, Interfoods is currently the sole shareholder of Sailormen, Inc., a Florida corporation ("**Sailormen**");

**WHEREAS,** the Interfoods Board desires to appoint an Independent Director (as defined below) to serve on the board of directors for Sailormen, as more fully set forth below; and

**WHEREAS**, the Interfoods Board has determined that it is advisable and in the best interests of Interfoods and Sailormen that an Independent Director be appointed to the board of directors of Sailormen, such that following such appointment the board of directors of Sailormen shall be comprised of (i) Kara Nordstrom, (ii) David Damato and (iii) Ralph N. Strayhorn.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that Ralph N. Strayhorn is hereby appointed as a member of the board of directors of Sailormen to serve as an independent director (the "**Independent Director**"), performing duties customarily related to this function as may be determined and assigned by the Interfoods Board and as may be required by Sailormen's governing documents, each as amended or modified from time to time, and by applicable law. Such duties shall include, but in no way be limited to, attending all board of directors meetings and any pre-scheduled board and management conference calls, serving on appropriate committees and/or subcommittees as reasonably requested and agreed upon by the board of directors of Sailormen, making himself available to Interfoods at mutually convenient times and places, attending external meetings and presentations when agreed on in advance, and performing such other duties, services and responsibilities commensurate to such position as independent director, all in accordance with the general fiduciary duty of directors. For clarification, the appointment made herein shall have no effect on the composition of the Interfoods Board, it being the intent that the appointment made herein is to the board of directors of Sailormen only.  In addition, Interfoods shall cause Sailormen to take all actions necessary to appoint the Independent Director to the board of directors of Sailormen in accordance with the resolutions set forth in this Written Consent;

**RESOLVED**, that, the Interfoods Board reserves the right to cause Interfoods, as the sole stockholder of Sailormen, to remove the Independent Director at any time and for any reason (or no reason), with or without cause;

PD.50299680.2

**RESOLVED**, that, without limiting the foregoing, the Interfoods Board reserves the right to remove the Independent Director at any time which the Interfoods Board determines, in its sole discretion, that the Independent Director no longer qualifies as an "independent director" or does not maintain such independence standard, including (but not limited to) a determination that (a) the Independent Director is a current or former shareholder, director, executive officer, or employee of Sailormen or any of its affiliates; (b) any family member of the Independent Director is a current or former shareholder, director, executive officer, or employee of Sailormen or any of its affiliates; or (c) the Independent Director has a relationship with Sailormen or any of its affiliates, either personally or through his affiliate, that in the opinion of the Interfoods Board, would adversely affect the individual's ability to exercise his independent judgment as a director;

**RESOLVED**, that the undersigned have each read all of the provisions of this Written Consent and certify that it is in full force and effect and has not been amended or revoked; and

**RESOLVED**, that this Written Consent may be executed in counterparts and all such counterparts shall constitute one consent, notwithstanding that all parties may not be signatories to the same counterpart.

*[Remainder of the page intentionally left blank]*

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent as of the date and year first indicated above.

**BOARD OF DIRECTORS OF INTERFOODS:**

_____
Kara Nordstrom

_____
David Damato

[Signature Page to Written Consent of the Board of Interfoods of America, Inc.]

**IN WITNESS WHEREOF,** the undersigned have executed this Written Consent as of the date and year first indicated above.

**BOARD OF DIRECTORS OF INTERFOODS:**

_____
Kara Nordstrom


_____
David Damato

[Signature Page to Written Consent of the Board of Interfoods of America, Inc.]