# Katten

525 W. Monroe Street
Chicago, IL 60661-3693
+1.312.902.5200 tel
katten.com

**TERENCE G. BANICH**
terence.banich@katten.com
+1.312.902.5665 direct

January 12, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

Re: ***BMO Bank, N.A. v. Sailormen, Inc.***, No. 1:25-cv-10146
**Unopposed Letter-Motion for Extension of Reply Brief Deadline**

Dear Judge Subramanian:

      We write as counsel for plaintiff BMO Bank, N.A. in its capacity as administrative agent ("Agent") jointly with defendant Sailormen, Inc. ("Borrower") to respectfully request that the Court extend Agent's reply brief deadline set forth in its Order dated December 17, 2025 (ECF No. 23) from the current deadline of tomorrow (January 13, 2026) to next Tuesday (January 20, 2026). The parties recognize that this Court's Individual Practice Rule 3.E ordinarily requires a request for an extension to be made at least two business days prior to the deadline, but the parties are in engaged in discussions that may resolve the motion and are mutually of the view that a short delay in the filing of the reply would allow all parties to remain focused on resolution. We note that a brief extension will not disrupt any existing deadlines in this matter.

      The parties have made one prior request for an extension of the briefing deadlines (*see* ECF No. 23); there are no scheduled appearances before the Court.

Respectfully submitted,

*/s/ Terence G. Banich*

Terence G. Banich

KATTEN MUCHIN ROSENMAN LLP
CHARLOTTE    CHICAGO    DALLAS    LOS ANGELES    NEW YORK
ORANGE COUNTY    SHANGHAI    WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP