UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMO Bank N.A., | |
| Plaintiff, | 25-CV-10146 (AS) |
| -against- | |
| Sailormen, Inc., | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff is ordered to inform the Court on or before January 30, 2026, whether it objects to the Court denying its motion to appoint a receiver without prejudice and staying the case as a result of the automatic stay. Dkt. 36; 11 U.S.C. § 362(a).


SO ORDERED.

Dated: January 20, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge