UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BMO Bank N.A.,<br><br>                              Plaintiff,<br><br>         -against-<br><br>Sailormen, Inc.,<br><br>                              Defendant. | 25-CV-10146 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    As a result of defendant's filing for bankruptcy and the resulting automatic stay, *see* Dkt. 36, plaintiff's motion to appoint a receiver is DENIED WITHOUT PREJUDICE. Dkt. 5.

    This case is STAYED pending further order of the Court.

    The parties are directed to file updates every 60 days on the status of defendant's bankruptcy petition. Should either party seek to lift the stay on this case or to dismiss it, the party should file an appropriate letter motion.

    The Clerk of Court is respectfully directed to terminate the motion at Dkt. 5 and to stay this case.

    SO ORDERED.

Dated: February 2, 2026
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                    United States District Judge